UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Master File No. CV-93-0876 (JG)
    MTC ELECTRONIC TECHNOLOGIES              :
    SHAREHOLDER LITIGATION                     :   MDL No. 1059
                                                           :
---------------------------------------------------------- x
This Paper Applies To:                                     :
                                                           :
FRED KAYNE, et al.,                                        :   No. CV-95-2499 (JG)
                                                           :
        Plaintiffs,                                :
                                                           :   PARTIAL FINAL JUDGMENT
    - against -                                    :
                                                           :
MTC ELECTRONIC TECHNOLOGIES CO.,                           :
LTD., et al.,                                              :
                                                           :
        Defendants.                                :
                                                           :
---------------------------------------------------------- x

On _July 7, 2005_, the Court entered an order dismissing with prejudice all claims brought by the Plaintiffs against defendant Daiwa Securities America Inc. ("Daiwa").

There are additional claims against other parties that remain in the case.

The Court specifically certifies that there is no just reason for delay of the entry of final judgment as to Daiwa.

Therefore, the Court ORDERS that Plaintiffs take nothing by their suit against Daiwa.

KL3:2421738.1

- 2 -

Furthermore, the Court DENIES all relief not granted in this judgment, and directs the clerk to enter this, a FINAL JUDGMENT, as to Daiwa.

Dated: Brooklyn, New York
      July 7, 2005

                                      JOHN GLEESON
                                      UNITED STATES DISTRICT JUDGE