FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ APR 28 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE MTC ELECTRONIC TECHNOLOGIES            Suggestion of Remand
SHAREHOLDER LITIGATION                       95 MDL 1059 (JG)

-----------------------------------------------------------x

This Document Relates To: Fred Kayne, et al. v.
MTC Electronic Technologies                  95-CV-2499 (JG)
Co., Ltd., et al.

-----------------------------------------------------------x

JOHN GLEESON, United States District Judge:

On December 19, 2005, I issued an order ruling upon all of the outstanding settlements and motions for default judgments in this case. Pretrial proceedings having been concluded, the case is now ready for remand by the Multidistrict Litigation Panel to the district from which it was transferred, docket number CV-95-0422 in the Central District of California, pursuant to 28 U.S.C. § 1407(a). *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 33 (1998). Accordingly, I respectfully suggest that the panel direct the remand of the case. The Clerk is respectfully directed to forward a copy of this order to the Multidistrict Litigation Panel.

So Ordered.

s/John Gleeson
_____
John Gleeson, U.S.D.J.

Dated: April 17, 2006
       Brooklyn, New York